1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.DIGITAL CORPORATION,<br><br>        Plaintiff,<br> vs.<br>INTEL CORPORATION,<br><br>        Defendant. | Case Nos.<br>13-cv-2905-H-BGS<br>13-cv-2906-H-BGS<br>13-cv-2930-H-BGS<br>13-cv-2943-H-BGS |
| E.DIGITAL CORPORATION,<br><br>        Plaintiff,<br> vs.<br>KINGSTON TECHNOLOGY COMPANY, INC.,<br><br>        Defendant. | **ORDER DENYING MOTION TO CONSOLIDATE CLAIMS CONSTRUCTION PROCEEDINGS**<br><br>[Doc. No. 38.] |
| E.DIGITAL CORPORATION,<br><br>        Plaintiff,<br> vs.<br>PNY ELECTRONICS, INC., d/b/a PNY;<br><br>        Defendants. | |
| E.DIGITAL CORPORATION,<br><br>        Plaintiff,<br> vs. | |

VERBATIM AMERICA, LLC,

                    Defendant.

On June 4, 2014, the Court consolidated these cases for pretrial purposes. (E.Digital v. G. Skill, Case No. 13-cv-2902, Doc. No. 16.)[1] On June 11, 2014, the Court issued a consolidated scheduling order setting the claims construction hearing for these cases and setting the due dates for the claims construction briefs. (Id., Doc. No. 22, ¶11.)

On October 7, 2014, the defendants in the remaining cases in the second group of the consolidated action filed a motion to consolidate their claims construction proceedings with the claims construction proceedings in the first group of cases. (Doc. No. 38.) Defendants have not shown good cause for altering the existing schedule. See Fed. R. Civ. P. 16(b)(4). Moreover, the Court has discretion to control its docket. Landis v. N. Am. Co., 299 U.S. 248, 254, 57 S. Ct. 163, 166, 81 L. Ed. 153 (1936). The Court has already set the schedule for this group of cases. Exercising its discretion, the Court denies the motion to consolidate the claims construction proceedings without prejudice. Accordingly, the Court vacates the hearing set for November 17, 2014.

**IT IS SO ORDERED**.

DATED: October 9, 2014

                                */s/ Marilyn L. Huff*
                                MARILYN L. HUFF, District Judge
                                UNITED STATES DISTRICT COURT

---

[1] On September 15, 2014, the Court dismissed E.Digital v. G. Skill, Case No. 13-cv-2902. Accordingly, E.Digital v. Intel Corp., Case No. 13-cv-2905, is the current lead case for these consolidated cases.